**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

GAMESTREAMER, INC.,

    Plaintiff,

v.                                                      CASE NO: 8:10-cv-1201-T-26EAJ

TIMOTHY M. ROBERTS, TERRANCE F.
TAYLOR, and PLATFORMZ, INC.,

    Defendants.
_____/

## **O R D E R**

Upon due consideration of Plaintiff's submissions, it is ordered and adjudged that Plaintiff's Emergency Motion for Temporary Restraining Order (Dkt. 2) is denied as moot inasmuch as Plaintiff has provided notice to Defendants of the relief it seeks from this Court. The Court will, however, conduct an expedited hearing on Plaintiff's Motion for Preliminary Injunction on Wednesday, June 2, 2010, commencing at 9:30 a.m. and continuing for the balance of the day, in Courtroom 15B, United States Courthouse, 801 North Florida Avenue, Tampa, Florida. Defendants are directed to file an expedited response to the motion no later that 12 noon, Tuesday, June 1, 2010. Plaintiff is directed to serve a copy of this order on Defendants no later than Thursday, May 27, 2010, and to file its certificate of service to that effect no later than Friday, May 28, 2010.

    **DONE AND ORDERED** at Tampa, Florida, on May 26, 2010.

                                        s/*Richard A. Lazzara*
                                    **RICHARD A. LAZZARA
                                    UNITED STATES DISTRICT JUDGE**
**COPIES FURNISHED TO**: Counsel of Record