# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

GAMESTREAMER, INC.,

    Plaintiff,

v.                                                                 CASE NO: 8:10-cv-1201-T-26EAJ

TIMOTHY M. ROBERTS, TERRANCE F. TAYLOR,
and PLATFORMZ, INC.,

    Defendants.
_____/

## O R D E R

Upon due consideration of the fact that the Court this day has entered a stipulated temporary restraining order, thereby cancelling the hearing on Plaintiff's Motion for Preliminary Injunction, it is, therefore, ordered and adjudged that the Motion for Preliminary Injunction (Dkt. 2) is denied without prejudice to being renewed in the event the parties cannot resolve this case through the mediation process. The parties are directed to mediate this case on or before July 1, 2010.

**DONE AND ORDERED** at Tampa, Florida, on June 2, 2010.

                                        s/*Richard A. Lazzara*
                                        **RICHARD A. LAZZARA**
                                        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record