UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


GAMESTREAMER, INC.,

      Plaintiff,

v.                                                                          CASE NO: 8:10-cv-1201-T-26EAJ

TIMOTHY M. ROBERTS, TERRANCE
F. TAYLOR, and PLATFORMZ, INC.,

      Defendants.

_____/


**O R D E R**

      Upon due consideration, it is ordered and adjudged that Defendants' Motion to Dissolve Stipulated Temporary Restraining Order (Dkt. 80) is denied for failure to comply strictly with the conferral requirements of Local Rule 3.01(g).  Counsel for the parties are directed to confer *personally* within seven (7) days of the date of the entry of this order in a good faith effort to resolve the issues raised in the motion.  In the event counsel cannot come to a good faith agreement, then Plaintiff shall file a motion for preliminary injunction on or before October 18, 2010, following which the Court will direct an expedited response and schedule an expedited hearing.

      **DONE AND ORDERED** at Tampa, Florida, on October 7, 2010.


                        s/*Richard A. Lazzara*
                        **RICHARD A. LAZZARA**
                        **UNITED STATES DISTRICT JUDGE**


**COPIES FURNISHED TO**:
Counsel of Record