UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAMESTREAMER, INC.,

    Plaintiff,

v.                                                                                                    CASE NO: 8:10-cv-1201-T-26EAJ

TIMOTHY M. ROBERTS, TERRANCE F.
TAYLOR, and PLATFORMZ, INC.,

    Defendants.
    _____/

## O R D E R

Upon due consideration of the procedural history of this case, it is ordered and adjudged that Defendants' Unopposed Motion for Entry of Order Continuing the November 8, 2010 Hearing on Plaintiff's Motion for Preliminary Injunction and Also Extending the Due Date for Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction (Dkt. 96) is granted but only to the extent that the hearing scheduled for Monday, November 8, 2010, is cancelled and the Stipulated Temporary Restraining Order entered June 2, 2010, at docket 19, shall remain in full force and effect until further order of this Court.  In light of the fact that the issues raised in the pending motion for preliminary injunction may change, the Court denies the pending Motion for Preliminary Injunction filed at docket 91 without prejudice to being refiled.  Once Plaintiff refiles the motion, the Court will schedule an expedited hearing and direct Defendants to file a response ten (10) business days prior to the hearing.

**DONE AND ORDERED** at Tampa, Florida, on November 4, 2010.


                                        s/*Richard A. Lazzara*
                                        **RICHARD A. LAZZARA**
                                        **UNITED STATES DISTRICT JUDGE**

<u>COPIES FURNISHED TO</u>:
Counsel of Record