UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAMESTREAMER, INC.,

    Plaintiff,

v.                                        CASE NO: 8:10-cv-1201-T-26EAJ

TIMOTHY M. ROBERTS, TERRANCE
F. TAYLOR, and PLATFORMZ, INC.,

    Defendants.
    _____/

**O R D E R**

Upon due consideration of the parties' submissions, it is ordered and adjudged as follows:

1) Plaintiff's Motion for Limited Stay of Proceedings Pending Sale of Assets in Assignment for Benefit of Creditors Proceeding (Dkt. 107) is granted.

2) All proceedings in this case are stayed pending the state court's approval of Plaintiff's Motion for Approval of Sale of Assets and the sale of those assets.

3) The parties shall file a notice with this Court three (3) business days following the sale of assets advising the Court of the status of this case in terms of settlement and whether this case should proceed.

4) In the event the parties take the position that this case shall proceed, they shall file with the Court an amended case management report, following which the Court will enter an amended case management and scheduling order governing the future course of this case.

5) The Clerk is directed to administratively close this case during the period of the stay.

**DONE AND ORDERED** at Tampa, Florida, on January 14, 2011.

                      s/*Richard A. Lazzara*
                      **RICHARD A. LAZZARA**
                      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record