UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAMESTREAMER, INC.,

    Plaintiff,

v.                                                  CASE NO: 8:10-cv-1201-T-26EAJ

TIMOTHY M. ROBERTS, TERRANCE F.
TAYLOR, PLATFORMZ, INC., and
CEOSavvy, INC.,

    Defendants.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged that Plaintiff's Second Amended Verified Motion to Enforce Settlement Agreement (Dkt. 121) is denied. The fact that nonparty Savtira Corporation, a Delaware corporation, has initiated a lawsuit in this district does not confer jurisdiction on the Court in *this* case to enforce any settlement agreement to which that corporation was a party.

**DONE AND ORDERED** at Tampa, Florida, on April 13, 2011.

                                        s/*Richard A. Lazzara*
                                        **RICHARD A. LAZZARA**
                                        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record