UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAMESTREAMER, INC.,

    Plaintiff,

v.                                              CASE NO: 8:10-cv-1201-T-26EAJ

TIMOTHY M. ROBERTS, TERRANCE
F. TAYLOR, PLATFORMZ, INC., and
CEOSavvy, Inc.,

    Defendants.
_____/

**O R D E R**

Upon due consideration of the parties' submissions, it is ordered and adjudged that the Motion for Consolidation (Dkt. 123) is denied. The Court has compared the operative complaints in both cases and concludes that they are indeed based on separate and distinctive operative facts and are, therefore, mutually exclusive. Additionally, as pointed out by Defendants, Robert Hillier and Savtira Corporation of Florida were not signatories to the alleged settlement agreement. Consequently, consolidating both cases would add little to the Court's ability to enforce the alleged settlement agreement. In view of this disposition of the motion, the hearing scheduled for Tuesday, April 26, 2011, at 9:30 a.m., is cancelled.

**DONE AND ORDERED** at Tampa, Florida, on April 22, 2011.

                                                  s/*Richard A. Lazzara*
                                                  **RICHARD A. LAZZARA**
                                                  **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record